[No. 31041-1-I.    Division One.    December 27, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT A. MAYNARD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-03425-3, Carol A. Schapira, J., entered June 4, 1992. *Affirmed* by unpublished opinion per Becker, J., concurred in by Baker, A.C.J., and Agid, J.

[No. 33655-0-I.    Division One.    December 27, 1994.]

MARTIN W. SIMMONS, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-07507-3, William L. Downing, J., entered October 21, 1993. *Affirmed* by unpublished opinion per Becker, J., concurred in by Baker, A.C.J., and Scholfield, J.

[No. 32296-6-I.    Division One.    December 27, 1994.]

THE CITY OF BURLINGTON, *Respondent*, v. JAMES CLELAND, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 92-1-00266-2, George McIntosh, J., entered February 2, 1993. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Kennedy and Agid, JJ.